```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 32894
   NELLIE R DAVIS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4771


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
   The case was filed on 09/03/2004 and was confirmed 10/28/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 03/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
*G E AUTO FINANCIAL SERV  SECURED             1500.00           77.17         1500.00
*G E AUTO FINANCIAL SERV  UNSECURED            986.00             .00          986.00
AMERICASH LOANS LLC       UNSECURED OTH        260.25             .00          259.80
AMERITECH                 UNSECURED         NOT FILED             .00              .00
AT & T WIRELESS           UNSECURED         NOT FILED             .00              .00
ATTWSMN                   UNSECURED         NOT FILED             .00              .00
CAPITAL ONE BANK          UNSECURED            607.43             .00          607.43
COMMONWEALTH EDISON       UNSECURED         NOT FILED             .00              .00
CROSS COUNTRY BANK        UNSECURED         NOT FILED             .00              .00
DEVON FINANCIAL SERVICE   UNSECURED         NOT FILED             .00              .00
ERIK A MARTIN & ASSOC     UNSECURED         NOT FILED             .00              .00
HYUNDAI FINANCE           UNSECURED         NOT FILED             .00              .00
KEDZIE AVE DEPOT C U      UNSECURED         NOT FILED             .00              .00
NATIONAL QUICK CASH       UNSECURED         NOT FILED             .00              .00
PAY DAY EXPRESS           UNSECURED         NOT FILED             .00              .00
PROVIDIAN                 UNSECURED         NOT FILED             .00              .00
SALEM INVESTMENTS         UNSECURED               .00             .00              .00
DAVID M SIEGEL            DEBTOR ATTY       2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                               324.76
DEBTOR REFUND             REFUND                                                817.42

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              7,272.58

PRIORITY                                        .00
SECURED                                    1,500.00
    INTEREST                                  77.17
UNSECURED                                  1,853.23
ADMINISTRATIVE                             2,700.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 32894 NELLIE R DAVIS
```

```
TRUSTEE COMPENSATION                                             324.76
DEBTOR REFUND                                                    817.42
                                    ---------------       ---------------
TOTALS                                     7,272.58              7,272.58
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
         CASE NO. 04 B 32894 NELLIE R DAVIS